## Spillinger and Young's Nomination Papers.

Argued October 28, 1912.  Appeal, No. 15, May T., 1913, from order of C. P. Dauphin Co., Jan. T., 1913, Nos. 197 and 293, in proceedings for nomination of Frank Spillinger and George K. Young as candidates of the Washington Party for the 19th Representative District of Pennsylvania.  Before Brown, Mestrezat, Potter, Elkin and Moschzisker, JJ.  Affirmed.

Objection to nomination papers.

*John R. Geyer,* with him *John E. Fox,* for appellant.

*Utley E. Crane,* for appellee.

Per Curiam, October 29, 1912:

So far as is disclosed by the record this appeal is without merit, and it being a certiorari we must accept the record as it is presented.  Appeal dismissed.